UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHILIP ANDREW McNUTT, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CHELAN COUNTY, <br><br> Defendant. | NO. MC-07-0011-CI <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

Magistrate Judge Imbrogno filed a Report and Recommendation (Ct. Rec. 2) on October 1, 2007, recommending the Motion for Writ of Execution (Ct. Rec. 1) be dismissed with leave to renew upon filing of judgment and payment of appropriate filing fee as determined by the Clerk of the Court. *See* FED. R. CIV. P. 69(a); RCW 6.17 *et seq.* There being no objections, **IT IS HEREBY ORDERED**: the Court **ADOPTS** the Report and Recommendation and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiffs, enter judgment, and close the file.

**DATED** this ___29th___ day of October 2007.

                                                  S/ Edward F. Shea
                                                  EDWARD F. SHEA
                                     UNITED STATES DISTRICT JUDGE

Q:\Civil\2007\0011.adoptRR.wpd

ORDER-- 1