UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PHILLIP ANDREW McNUTT, et al., )
)
        Plaintiffs, )
) NO.  MC-07-0011-CI
  v. )
) **JUDGMENT**
CHELAN COUNTY, )
)
        Defendant. )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED**.  Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**, and Judgment is entered.

DATED this 29th day of October, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk